United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEAN-CHRISTOPHE LIEBESKIND, et al.,

    Plaintiffs,

v.

ALLIANCE TITLE CO.,

    Defendant
_____

ALLIANCE TITLE CO.,

    Cross-complainant,

v.

JEAN-CHRISTOPHE LIEBESKIND, et al.,

    Cross-defendants
_____/

No. C-07-3962 MMC

**ORDER DENYING PLAINTIFF'S MOTION TO DISMISS FIRST AMENDED CROSS-COMPLAINT AND FOR LEAVE TO FILE AMENDED COMPLAINT; VACATING HEARING**

    Before the Court is plaintiffs/cross-defendants Jean-Christophe Liebeskind, Clothilde De Muralt, and Alenxandre Liebeskind's "Motion to Dismiss Cross-Complaint and for Leave to File Amended Complaint," filed October 15, 2007. Cross-complainant/ defendant Alliance Title Co. ("Alliance") has filed opposition, to which plaintiffs have replied.[1] Having read and considered the papers submitted in support and in opposition to the motion, the

---

[1] Two other cross-defendants, specifically, the United States Department of Treasury - Internal Revenue Service and the California State Franchise Tax Board, have not filed a joinder or any other response to the motion. The remaining cross-defendant, Rene Frelow, has not appeared herein.

Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for November 30, 2007, and rules as follows:

    1. Contrary to plaintiffs' argument, the First Amended Cross-Complaint ("FACC") is not subject to dismissal. Plaintiffs cite no authority providing that a complaint in interpleader, proceeding under Rule 22 of the Federal Rules of Civil Procedure, must be verified, and are incorrect that the FACC fails to allege the existence of a dispute among the claimants as to the interpleaded funds. (See, e.g., FACC ¶¶ 6-8, 12.) To the extent plaintiffs contend a dispute as to the interpleaded funds no longer exists, thus rendering the complaint in interpleader moot, such argument likewise fails, as plaintiffs have provided no evidence that all claims to said funds, including that of Alliance for attorney's fees, have been resolved by the parties.

    2. Plaintiffs have not submitted a proposed amended complaint, as required by the Local Rules of this District, see Civil L.R. 10-1, nor have plaintiffs otherwise identified the nature of any proposed amendment to their complaint. Consequently, the Court cannot determine whether leave to amend is proper, and, accordingly, will deny without prejudice plaintiffs' request for leave to amend their complaint.

## CONCLUSION

For the reasons stated, plaintiffs' motion to dismiss the FACC and for leave to amend is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 29, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge