IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CHRISTOPHE LIEBESKIND, et al., | No. C-07-3962 MMC |
|     Plaintiffs, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| ALLIANCE TITLE CO., | |
|     Defendant | |
| _____ | |
| ALLIANCE TITLE CO., | |
|     Cross-complainant, | |
|   v. | |
| JEAN-CHRISTOPHE LIEBESKIND, et al., | |
|     Cross-defendants | |
| _____/ | |

    In light of the parties' apparent inability to execute a written stipulation in conformity with the partial settlement placed on the record on November 9, 2007, the Court hereby sets a Case Management Conference for January 25, 2008.

    The parties are ordered to file a Joint Case Management Statement no later than January 18, 2008. The Joint Case Management Statement shall set forth, <u>inter alia</u>, the reasons for the parties' inability to execute such stipulation, the parties' choice of alternative

dispute resolution, the status of Alliance Title Company's service of the First Amended Cross-Complaint on cross-defendant Rene Frelow, and how Rene Frelow's status as a non-appearing party, whether served or unserved, affects the resolution of the interpleader action.

To the extent the parties are in disagreement as to the proper response to one or more of the above-referenced subjects, or as to any other matter to be addressed at the Case Management Conference, the parties shall set forth their separate positions in the Joint Case Management Statement; no party shall file a separate statement.

**IT IS SO ORDERED.**

Dated:  November 29, 2007

_____
MAXINE M. CHESNEY
United States District Judge

2