IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEAN-CHRISTOPHE LIEBESKIND, et al.,

    Plaintiffs,

v.

ALLIANCE TITLE CO.,

    Defendant
_____

ALLIANCE TITLE CO.,

    Cross-complainant,

v.

JEAN-CHRISTOPHE LIEBESKIND, et al.,

    Cross-defendants
_____/

No. C-07-3962 MMC

**ORDER RE: PLAINTIFFS' REQUEST FOR REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION**

    On November 30, 2007, plaintiffs filed a "Stipulated Request for Referral to Alternative Dispute Resolution." Contrary to its title, the request is not a stipulation. Rather, the document is a unilateral request made by plaintiffs, in which plaintiffs purport to state the position of "all parties."

    If all parties have in fact agreed to a particular form of Alternative Dispute Resolution ("ADR"), see ADR L.R. 3-4 (setting forth available ADR options), the parties may file a stipulation and proposed order referring the case to that ADR program, see ADR L.R. 2-3.

    **IT IS SO ORDERED.**

Dated: December 5, 2007

_____
MAXINE M. CHESNEY
United States District Judge