IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CHRISTOPHE LIEBESKIND, et al.,<br>    Plaintiffs,<br>  v.<br>ALLIANCE TITLE CO.,<br>    Defendant<br>_____<br>ALLIANCE TITLE CO.,<br>    Cross-complainant,<br>  v.<br>JEAN-CHRISTOPHE LIEBESKIND, et al.,<br>    Cross-defendants<br>_____/ | No. C-07-3962 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE RE: ALLIANCE TITLE CO.'S CLAIM AGAINST INTERNAL REVENUE SERVICE; CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of the parties' Joint Case Management Conference Statement ("Statement"), filed January 18, 2008. The parties represent therein "all parties agree that 10% of the gross proceeds are to be paid to the IRS . . . along with statutory interest." (See Statement at 5:20-22.) Further, the IRS requests therein the release of said monies and that it be dismissed from the instant action. (See id. at 8:14-15.)

    The Court's jurisdiction over the instant matter is based on a federal question, specifically, Alliance Title Co.'s ("ATC") allegation that the IRS has a claim to some of the

1 funds at issue herein.  All other claims alleged herein arise under state law, and they plainly predominate over the sole federal claim alleged.[1]  See 28 U.S.C. § 1367(c)(2).  Under the circumstances, the Court hereby sets the following briefing schedule as to the merits of the federal claim:

   1. No later than February 8, 2008, the IRS shall file a declaration setting forth a calculation of the exact amount it seeks from the interpleaded funds, i.e., 10% of the gross proceeds plus interest at a specified daily amount.  Additionally, in such declaration, the IRS shall state whether it has any opposition to the Court's entry of a judgment in favor of the IRS in such an amount and discharging ATC from any further liability to the IRS on any claim pertaining to the interpleaded funds.[2]

   2. In the event any party objects to the calculation proffered by the IRS, that party, no later than February 15, 2008, shall meet and confer with the IRS in an attempt to resolve such issue.  If any such meet and confer session is unsuccessful at resolving any dispute as to the calculation, the parties to such session shall file, no later than February 22, 2008, file a joint statement setting forth the basis for the dispute.

   The Case Management Conference is hereby CONTINUED from January 25, 2008 to March 7, 2008.  A Joint Case Management Statement shall be filed no later than February 29, 2008.

   **IT IS SO ORDERED.**

Dated: January 24, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Indeed, the Statement is replete with references to a number of legal and factual disputes between ATC and plaintiffs, each of which pertains to a state law claim.

[2] Further, the IRS shall report whether the interpleaded funds are currently on deposit with the Clerk of the District Court.