IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CHRISTOPHE LIEBESKIND, et al.,<br>　　　　Plaintiffs,<br>　v.<br>ALLIANCE TITLE CO.,<br>　　　　Defendant<br>_____<br>ALLIANCE TITLE CO.,<br>　　　　Cross-complainant,<br>　v.<br>JEAN-CHRISTOPHE LIEBESKIND, et al.,<br>　　　　Cross-defendants<br>_____/ | No. C-07-3962 MMC<br><br>**ORDER OF JUDGMENT IN FAVOR OF CROSS-DEFENDANT INTERNAL REVENUE SERVICE; DISCHARGING CROSS-COMPLAINANT FROM LIABILITY TO INTERNAL REVENUE SERVICE; DIRECTIONS TO CLERK** |

　　　On January 24, 2008, the Court, having been informed by the parties that there was no dispute as to cross-defendant Internal Revenue Service's ("IRS") claim to a portion of the interpleaded funds, directed the IRS to file a declaration setting forth the exact amount sought and indicate whether it objected to entry of an order discharging cross-complainant Alliance Title Company ("Alliance") from any further liability to the IRS pertaining to the interpleaded funds. In said order, the Court also set a deadline for any party objecting to the IRS's calculation to so notify the Court.

On January 29, 2008, the IRS filed two declarations, one by its counsel of record and the other by its Technical Services Advisor, each stating the IRS's claim for $31,750 and setting forth a calculation therefor. (See Stier Decl. ¶ 1; Norris Decl. ¶ 3.) In said declarations, the IRS further indicates it has no objection to a discharge of liability under the terms set forth in the Court's January 24, 2008 order. No party has filed an objection to the calculation proffered by the IRS, and the deadline to do so has passed.[1]

Accordingly, the Court hereby finds the IRS is entitled to judgment in its favor on its claim for $31,750 of the interpleaded funds, and Alliance is hereby DISCHARGED from any further liability to the IRS on any claim pertaining to the interpleaded funds; as between the IRS and Alliance only, each party shall bear its own costs and fees.

The Clerk of the Court is hereby DIRECTED to release from the interpleaded funds the sum of $31,750, to make such sum payable to the "Internal Revenue Service," and to forward said amount, forthwith, to counsel of record for the Internal Revenue Service, at the following address:

> Cynthia Stier
> Assistant United States Attorney
> 9th Floor
> 450 Golden Gate Avenue, Box 36055
> San Francisco CA 94102

**IT IS SO ORDERED.**

Dated: February 27, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] All remaining parties other than the Franchise Tax Board have filed statements of non-opposition to release of the specific sum sought by the IRS.