IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEAN-CHRISTOPHE LIEBESKIND, et al.,

    Plaintiffs,

  v.

ALLIANCE TITILE CO.,

    Defendant.
_____

ALLIANCE TITLE CO.,

    Cross-complainant,

  v.

JEAN-CHRISTOPHE LIEBESKIND, et al.,

    Cross-defendants.
_____/

No. CV-07-3962 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court hereby finds the IRS is entitled to judgment in its favor on its claim for $31,750 of the interpleaded funds, and Alliance is hereby DISCHARGED from any further liability to the IRS on any claim pertaining to the interpleaded funds; as between the IRS and Alliance only, each party shall bear its own costs and fees.

| | |
|---|---|
| 1 | The Clerk of the Court is hereby DIRECTED to release from the interpleaded |
| 2 | funds the sum of $31,750, to make such sum payable to the "Internal Revenue Service," |
| 3 | and to forward said amount, forthwith, to counsel of record for the Internal Revenue |
| 4 | Service, at the following address: |

Cynthia Stier<br>
Assistant United States Attorney<br>
9th Floor<br>
450 Golden Gate Avenue, Box 36055<br>
San Francisco, CA 94102

Dated: February 27, 2008　　　　　　　　　　Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEAN-CHRISTOPHE LIEBESKIND, et al.,

    Plaintiffs,

  v.

ALLIANCE TITILE CO.,

    Defendant.

_____

ALLIANCE TITLE CO.,

    Cross-complainant,

  v.

JEAN-CHRISTOPHE LIEBESKIND, et al.,

    Cross-defendants.

_____/

No. CV-07-3962 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court hereby finds the IRS is entitled to judgment in its favor on its claim for $31,750 of the interpleaded funds, and Alliance is hereby DISCHARGED from any further liability to the IRS on any claim pertaining to the interpleaded funds; as between the IRS and Alliance only, each party shall bear its own costs and fees.

| | |
|---|---|
| 1 | The Clerk of the Court is hereby DIRECTED to release from the interpleaded |
| 2 | funds the sum of $31,750, to make such sum payable to the "Internal Revenue Service," |
| 3 | and to forward said amount, forthwith, to counsel of record for the Internal Revenue |
| 4 | Service, at the following address: |

Cynthia Stier
Assistant United States Attorney
9th Floor
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Dated: February 27, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero Deputy Clerk